1   McGREGOR W. SCOTT
    United States Attorney
2   YOSHINORI H. T. HIMEL #66194
    Assistant U. S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone:  (916) 554-2760

5   Attorneys for Defendant,
    NATIONAL AERONAUTICS AND SPACE ADMINISTRATION
6

7

8                   IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGE MARLIN KNIGHT,                    No 2:04-cv-2054-MCE-GGH

12            Plaintiff,                       **STIPULATION AND ORDER**
                                               **FOR INITIAL CONTINUANCE**
13        v.                                   **OF MOTION HEARING**

14   NATIONAL AERONAUTICS AND SPACE            Date:   October 16, 2006
     ADMINISTRATION,                           Time:   9:00 a.m.
15                                             Judge:  Hon. Morrison C. England
              Defendant.
16

17

18        The parties hereby stipulate, subject to the approval of Judge England as provided for

19   hereon, that the hearing on defendant's summary judgment or dismissal motion, originally set

20   for September 11, 2006, at 9:00 a.m., be continued until the next available law and motion

21   date, October 16, 2006, at 9:00 a.m., before Judge England.  Defendant requests this initial

22   continuance to enable it to obtain information needed for its reply from persons who are not

23   available this week.

24

25   Dated: August 31, 2006                       HOYT & KNIGHT

26
                                          By:    /s/ G. Marlin Knight
27                                               GEORGE MARLIN KNIGHT

28

STIPULATION AND ORDER FOR INITIAL CONTINUANCE OF MOTION HEARING        Page 1

1    Dated:  September 6, 2006                          McGREGOR W. SCOTT
                                                         United States Attorney
2
                                              By:    /s/ Y H T Himel
3                                                    YOSHINORI H. T. HIMEL
                                                     Assistant U. S. Attorney
4

5

6                                          ORDER

7         Good cause having been shown, the hearing on defendant's motion for summary

8    judgment or dismissal, originally set before me for September 11, 2006, at 9:00 a.m., hereby

9    is CONTINUED until October 16, 2006, at 9:00 a.m.

10        It is APPROVED and SO ORDERED.

11

12   DATED: September 6, 2006

13

14

15   _____
     MORRISON C. ENGLAND, JR
16   UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR INITIAL CONTINUANCE OF MOTION HEARING        Page 2